IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DUNLAP | CASE NO. 1:19-cv-02964-DAP |
| Plaintiff, | |
| | JUDGE DAN A. POLSTER |
| vs. | |
| AMERICAN EDUCATION SERVICES | **STIPULATION OF DISMISSAL** |
| Defendant. | **AND ORDER OF DISMISSAL** |

Plaintiff Michael J. Dunlap and Defendant American Education Services

hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be

dismissed without prejudice as to all claims, causes of action, and parties, with each

party bearing that party's own attorney's fees and costs.


*/s/ Matthew W. Rolf*_____

Matthew Rolf (#0075116)

Attorney at Law

Matt Rolf Attorney LLC

100 Center Street, Suite 284

Chardon, OH 44024

T: (440) 286-9549 / F: (440) 226-8030

m-rolf@mattrolfattorneyllc.com

*Attorney for Plaintiff Michael Dunlap*


*/s/ Drew H. Campbell*_____

Drew H. Campbell (#0047197)

*Trial Attorney*

Bricker & Eckler LLP

100 South Third St.

Columbus, OH 43215

T: (614) 227-2300 F: (614) 227-2390

Email: dcampbell@bricker.com

*Counsel for Defendant American Education Services*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,

DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties,

with each party bearing that party's own attorney's fees and costs. The Clerk is

directed to close the file.

Hon. Dan A. Polster, Judge