IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DUNLAP<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EDUCATION SERVICES<br><br>Defendant. | CASE NO. 1:19-cv-02964-DAP<br><br>JUDGE DAN A. POLSTER  **Granted. It is SO ORDERED/ s/*Dan Aaron Polster* U.S. District Judge Jan. 8, 2020**<br><br>STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL |

Plaintiff Michael J. Dunlap and Defendant American Education Services hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

*/s/ Matthew W. Rolf*_____
Matthew Rolf (#0075116)
Attorney at Law
Matt Rolf Attorney LLC
100 Center Street, Suite 284
Chardon, OH 44024
T: (440) 286-9549 / F: (440) 226-8030
m-rolf@mattrolfattorneyllc.com
*Attorney for Plaintiff Michael Dunlap*

*/s/ Drew H. Campbell*_____
Drew H. Campbell (#0047197)
*Trial Attorney*
Bricker & Eckler LLP
100 South Third St.
Columbus, OH 43215
T: (614) 227-2300 F: (614) 227-2390
Email: dcampbell@bricker.com
*Counsel for Defendant American Education Services*